SUNETHRA MURALIDHARA, ESQUIRE
Nevada Bar No. 13549
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
(702) 382-4004
(Fax) 382-4800
smuralidhara@wmllawlv.com
Attorney for Clyde Edward Austin

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00126-JCM-BNW |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| CLYDE EDWARD AUSTIN, | **(First Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, JASON M. FRIERSON, United States Attorney, through DANIEL R. SCHIESS, Assistant United States Attorney; and Defendant CLYDE EDWARD AUSTIN, by and through his counsel, SUNETHRA MURALIDHARA, ESQUIRE, Wright Marsh & Levy, that the sentencing hearing currently scheduled for October 21, 2022, at 10:30 a.m. be vacated and set to a date and time convenient to this Court, but no sooner than ninety (90) days from the current sentencing date.

This stipulation is entered into for the following reasons:

1. The Defendant needs additional time to prepare for the sentencing hearing.

2. The parties agree to the continuance. Mr. Austin is on pretrial release and agrees to this requested continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the first request for a continuance of the sentencing hearing.

Dated this 8th day of September, 2022.

Respectfully submitted:

| WRIGHT MARSH & LEVY | JASON M. FRIERSON |
| --- | --- |
| | United States Attorney |
| By  /s/ Sunethra Muralidhara | By  /s/ Daniel Schiess |
| SUNETHRA MURALIDHARA, ESQUIRE | DANIEL SCHIESS |
| Attorney for Defendant Austin | Assistant United States Attorney |

UNITED STATES DISTRICT COURT

THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,   )
        Plaintiff,   )   CASE NO. 2:22-CR-00126-JCM-BNW
        vs.   )   **ORDER**
CLYDE EDWARD AUSTIN,   )
        Defendant.   )

    Based on the Stipulation of the parties, the sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

    IS IT HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for October 21, 2022, at 10:30 a.m., be vacated and continued to **January 20, 2023, at 10:00 a.m.**

Dated: September 9, 2022

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE