Sunethra Muralidhara, Esquire
Nevada Bar No. 13549
Wright Marsh & Levy
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
Email: smuralidhara@wmllawlv.com
Attorney for Clyde Edward Austin

United States District Court

District of Nevada

| United States Of America, | Case No. 2:22-CR-00126 |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | |
| Clyde Edward Austin, | **(Third Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, JASON M. FRIERSON, United States Attorney, through DANIEL R. SCHIESS, Assistant United States Attorney; and Defendant CLYDE EDWARD AUSTIN, by and through his counsel, SUNETHRA MURALIDHARA, ESQUIRE, Wright Marsh & Levy, that the sentencing hearing currently scheduled for March 20, 2023, at 10:00 a.m. be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days from the current sentencing date.

This stipulation is entered into for the following reasons:

1. The parties needs additional time to prepare for the sentencing hearing.

2. AUSA Dan Schiess has two up-coming trials he is simultaneously preparing for.

3.      The parties agree to the continuance.  Mr. Austin is on pretrial release and agrees to this requested continuance.

4.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

5.      The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

6.      This is the third request for a continuance of the sentencing hearing.

Dated this 1st day of March, 2023.

Respectfully submitted:

WRIGHT MARSH & LEVY                          JASON M. FRIERSON
                                                             United States Attorney

By */s/ Sunethra Muralidhara*                     By */s/ Daniel Schiess*
   SUNETHRA MURALIDHARA                       DANIEL SCHIESS
   Attorney for Defendant Austin                   Assistant United States Attorney

2

United States District Court

District of Nevada

United States Of America,

     Plaintiff,

     v.

Clyde Edward Austin,

     Defendant.

Case No. 2:22-CR-00126

**ORDER**

     Based on the Stipulation of the parties and for good cause appearing, the sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

     IS IT HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for March 20, 2023, at 10:00 a.m., be vacated and continued to **April 19, 2023, at 10:30 a.m.**

     Dated: March 3, 2023
     _____.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

3